**SEALED**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '21 MJ04227

The person charged as David Alfonso RODRIGUEZ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Northern District of Illinois Eastern Division with: Money Laundering, in violation of 18 U.S.C. Sections 1956(a)(1)(B)(i) and (2).

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 10/21/2021

Greg Kaplan
Special Agent
Homeland Security Investigations

Reviewed and Approved
Dated: 10-21-21

Galen K. Cheney
Assistant United States Attorney

ILND 442 (Rev. 11/16) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois Eastern Division

| | |
|---|---|
| United States of America | ) Case No. **1:21-cr-00591-5** |
| v. | ) |
| David Alfonso Rodriguez | ) |

## BENCH WARRANT

**To:** Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring David Alfonso Rodriguez before a United States magistrate judge without unnecessary delay, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

Offense: Money Laundering-Controlled Substance -Sell/Distr/Disp    Title: 18    U.S.C: 1956(a)(1)(B)(i)

THOMAS G. BRUTON, CLERK

*B. [signature]*

(By) DEPUTY CLERK

October 20, 2021

DATE

ILND 442 (Rev. 11/16) Arrest Warrant page 2

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

*Case No.* 1:21-cr-00591-5

| Return |
|---|
| This warrant was received on *(date)* _____, the person was arrested on *(date)* _____ at *(city and state)* _____. <br><br> Date: _____    _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

**This page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:_____

Known aliases:_____

Last known residence:_____

Prior addresses to which defendant/offender may still have ties:_____

_____

Last known employment:_____

Last known telephone numbers:_____

Place of birth:_____

Date of birth: _____

Social Security number:_____

Height:_____ Weight:_____

Sex:_____ Race:_____

Hair:_____ Eyes:_____

Scars, tattoos, other distinguishing marks:_____

_____

_____

History of violence, weapons, drug use:_____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*:_____

_____

FBI number:_____

Complete description of auto:_____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer (if applicable):_____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____



FILED
10/19/2021 AK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL SALINAS SALCEDO,<br>also known as "Jorge Salas,"<br>JUAN SERNA VASQUEZ,<br>ARTURO MARTINEZ,<br>GIORGIO PONCE, and<br>DAVID ALFONSO RODRIGUEZ | Case No. 21 CR 591<br><br>Violations: Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(h), and Title 21, United States Code, Section 841(a)(1)<br><br>**UNDER SEAL** |

**COUNT ONE**

JUDGE COLEMAN
MAGISTRATE JUDGE KIM

The SPECIAL MAY 2021 GRAND JURY charges:

1. Beginning no later than in or about April 2019, and continuing until at least on or about September 22, 2021, in the Northern District of Illinois, Eastern Division, and elsewhere,

MIGUEL SALINAS SALCEDO,
also known as "Jorge Salas,"

defendant herein, did conspire with JUAN SERNA VASQUEZ, ARTURO MARTINEZ, GIORGIO PONCE, DAVID ALFONSO RODRIGUEZ, and with others known and unknown to the Grand Jury, to commit offenses in violation of Title 18, United States Code, Section 1956, namely, to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is the felonious buying and selling and otherwise dealing in a controlled substance, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source,

SALCEDO associates (the "drug proceeds collectors"), knowing that the bulk cash represented the proceeds of some form of unlawful activity. Unbeknownst to SALINAS SALCEDO and the other co-coconspirators at the time, several of the U.S.-based drug proceeds collectors were law enforcement agents working in an undercover capacity.

4. It was further part of the conspiracy that, to facilitate the money pickups between the money couriers and drug proceeds collectors, MIGUEL SALINAS SALCEDO directed, and caused others to direct, money couriers, including JUAN SERNA VASQUEZ, ARTURO MARTINEZ, GIORGIO PONCE, and DAVID ALFONSO RODRIGUEZ, to use the same code phrases, code numbers, and particular telephone numbers that the drug proceeds collectors previously provided to SALINAS SALCEDO, knowing the transactions were designed to conceal the nature, location, source, ownership, and control of the cash drug proceeds the money couriers delivered to the drug money collectors.

5. It was further part of the conspiracy that money couriers, including JUAN SERNA VASQUEZ, ARTURO MARTINEZ, GIORGIO PONCE, and DAVID ALFONSO RODRIGUEZ, delivered the bulk cash drug proceeds to the drug proceeds collectors during brief meetings, including in vehicles and in public parking lots, knowing the transactions were designed to conceal the nature, location, source, ownership, and control of the drug proceeds.

## COUNT TWO

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about July 31, 2020, at Bolingbrook, in the Northern District of Illinois, Eastern Division, and elsewhere,

MIGUEL SALINAS SALCEDO,
also known as "Jorge Salas," and
JUAN SERNA VASQUEZ,

defendants herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, namely, the transfer and delivery of approximately $150,000 in United States currency, which involved the proceeds of a specified unlawful activity, that is, the felonious buying and selling and otherwise dealing in a controlled substance, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control, of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity;

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT FOUR

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about August 6, 2020, at New Lenox, in the Northern District of Illinois, Eastern Division, and elsewhere,

MIGUEL SALINAS SALCEDO,
also known as "Jorge Salas," and
JUAN SERNA VASQUEZ,

defendants herein, did knowingly attempt to conduct a financial transaction affecting interstate and foreign commerce, namely, the transfer and delivery of approximately $194,300 in United States currency, which involved the proceeds of a specified unlawful activity, that is, the felonious buying and selling and otherwise dealing in a controlled substance, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control, of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity;

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNT SIX

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about November 9, 2020, at Plano, in the Northern District of Illinois, Eastern Division, and elsewhere,

### GIORGIO PONCE,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about September 20, 2021, at Hillside, in the Northern District of Illinois, Eastern Division, and elsewhere,

> MIGUEL SALINAS SALCEDO,
> also known as "Jorge Salas," and
> DAVID ALFONSO RODRIGUEZ,

defendants herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, namely, the transfer and delivery of approximately $200,000 in United States currency, which involved the proceeds of a specified unlawful activity, that is, the felonious buying and selling and otherwise dealing in a controlled substance, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control, of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity;

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

4.  If any of the property described above, as a result of any act or omission by defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States, Code Section 853(p) and Title 18, United States Code, Section 982(b)(2).

A TRUE BILL:

_____
FOREPERSON

_____
Erika L. Csicsila on behalf of the
UNITED STATES ATTORNEY

13